# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281-1047

TELEPHONE: +1.212.326....

> Application granted. The initial conference scheduled for 7/27/2023 is adjourned to 8/10/2023 at 12:30 p.m. to be held by telephone using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 18, 2023

July 18, 2023

<u>VIA ECF</u>

Hon. Philip M. Halpern
Federal Building and United States Courthouse
300 Quarropas St., Room 520
White Plains, NY 10601-4150

    Re:    *Van Dunk v. Experian Information Solutions, Inc., et al.*, 7:23-cv-03573 (SDNY)
            <u>Request for Adjournment of Initial Conference</u>

Dear Judge Seibel:

    I represent Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned action. I write to request an adjournment of the initial conference currently scheduled for July 27, 2023 at 10:00 A.M (Dkt. No. 21).

    I am unavailable to attend the initial conference on July 27th as I will be traveling internationally during that time. For this reason, I respectfully request that the initial conference be adjourned to August 9th or 10th, or another date and time that is convenient for the Court.

    All parties have consented to this request and confirmed their availability for August 9th or 10th or a date thereafter in accordance with the above. There have been no prior requests for adjournment of conference dates in this matter.

    Thank you for your consideration of this request.

                                     Respectfully submitted,

                                     */s/ Jennifer Pincus*

                                     Jennifer Pincus

cc:    All counsel of record via ECF.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON