

## Law Offices of Kenneth Hiller, PLLC

Main Office: 6000 North Bailey Ave
Telephone: (716) 564-328[...]
Toll Free Numb[...]
www.kenn[...]

> Application for an adjournment granted, however, the Court cannot accommodate the parties' request to reschedule to the following week. The initial conference scheduled for 8/10/2023 is adjourned to 8/22/2023 at 10:00 a.m. using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 9, 2023

August 8, 2023

Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthou[se]
300 Quarropas St.
White Plains, NY 10601-4150

**RE: Case 7:23-cv-03573-PMH; Van Dunk v. Experian Information Solutions, Inc. et al**

Dear Hon. Halpern:

    Counsel for Defendant Experian has requested that the initial status conference scheduled for August 10, 2023 at 12:30 p.m. be adjourned as they will be unable to attend due to a death in the family. Therefore, Plaintiff has no objection and respectfully requests that the status conference be adjourned to the following week. The undersigned is available all days except for the morning of August 16, 2023 and during the hours of 9:30-2:30pm on August 17, 2023.

Respectfully,

Kenneth R. Hiller, Esq.